08-5232-cv
Alers v. Human Resources Administration

## UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to summary orders filed after January 1, 2007, is permitted and is governed by this court's Local Rule 32.1 and Federal Rule of Appellate Procedure 32.1. In a brief or other paper in which a litigant cites a summary order, in each paragraph in which a citation appears, at least one citation must either be to the Federal Appendix or be accompanied by the notation: "(summary order)." A party citing a summary order must serve a copy of that summary order together with the paper in which the summary order is cited on any party not represented by counsel unless the summary order is available in an electronic database which is publicly accessible without payment of fee (such as the database available at http://www.ca2.uscourts.gov/). If no copy is served by reason of the availability of the order on such a database, the citation must include reference to that database and the docket number of the case in which the order was entered.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the seventeenth day of December two thousand and nine.

PRESENT:

> GUIDO CALABRESI,
> JOSÉ A. CABRANES,
> BARRINGTON D. PARKER,
> > *Circuit Judges.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ELIZABETH ALERS,

> *Plaintiff-Appellant,*

> v.                                                                    No. 08-5232-cv

HUMAN RESOURCES ADMINISTRATION,

> *Defendant-Appellee.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOR PLAINTIFF-APPELLANT:**          Elizabeth Alers, *pro se*, Bronx, NY

**FOR DEFENDANT-APPELLEE:**          Marta Ross, Assistant Corporation Council
(Michael A. Cardozo, Corporation Council, *on the*

1

*brief*), The City of New York Law
Department, New York, NY

Appeal from a judgment of the United States District for the Eastern District of New York (Sandra L. Townes, *Judge*).

**UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff-appellant Elizabeth Alers ("plaintiff") appeals from a judgment of the District Court granting summary judgment to the defendant-appellee Human Resources Administration of the City of New York ("defendant"). Plaintiff asserted claims for violations of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 *et seq.*, against defendant for allegedly (1) failing to accommodate her disability, (2) transferring her to a less desirable position, and (3) retaliating against her for pursuing a workers' compensation claim. On appeal, plaintiff argues that the District Court failed adequately to consider the evidence she presented in opposition to the defendant's motion for summary judgment. We assume the parties' familiarity with the remaining factual and procedural history of the case.

We agree with the analysis set forth in Judge Townes's thorough and careful Memorandum and Order entered September 24, 2008, and we affirm the judgment of the District Court substantially for the reasons stated therein. *See Alers v. N.Y. City Human Res. Admin.*, No. 06-CV-6131, 2008 WL 4415246 (E.D.N.Y. Sept. 24, 2008).

## CONCLUSION

We have considered all of plaintiff's arguments and find them to be without merit. Accordingly, the judgment of the District Court is **AFFIRMED**.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk of Court


By _____

2